**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 389 WAL 2021

:

Respondent   :

:  Petition for Allowance of Appeal
:  from the Order of the Superior Court

v.   :

:

:

ARHAWN JONES,   :

:

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.